IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

Vs.                                                                                  Criminal No. 2:11-cr-21-KS-MTP

CYNTHIA COOLEY,  BOP INMATE NO. 16227-043

ORDER

THIS CAUSE IS BEFORE THE COURT on Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement, filed by Cynthia Cooley. The Court has considered the Motion and finds that Ms. Cooley is requesting that the Court recommend that she be placed in the Residential Reentry Center (RRC/Halfway House) 9 to 12 months preceding the end of her sentence. The Court understands that placement in the RRC is a decision that is made by the Bureau of Prisons. This Court does not intervene with the judgment of the Bureau of Prisons but does have some history with Ms. Cooley. Ms. Cooley is not a violent offender. Her crimes in the past have all been property crimes or financial crimes.

Assuming there is no objection from the Government the Court finds that the request of Ms. Cooley should be granted and the Court recommends that she be placed in a residential reentry center for a period of 9 to 12 months prior to her release date. The Clerk of this Court is directed to forward a certified copy of this Order to the Bureau of Prisons at FPC Marianna, P.O. Box 7006, Marianna, Florida 32446.

SO ORDERED this the   29th   day of March, 2017.

                                                                            s/Keith Starrett
                                                                            UNITED STATES DISTRICT JUDGE