IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.                               CRIMINAL CASE NO. 2:11-cr-21-KS-MTP

CYNTHIA COOLEY                                                    DEFENDANT

## ORDER

THIS CAUSE IS BEFORE THE COURT on "Motion of Concern Regarding Medical Debt Incurred While in BOP Custody" [39] filed by Cynthia Cooley. The Court has reviewed the Motion and finds that it has no authority over the medical bills incurred while Movant was in BOP custody, and finds that the Motion is not well taken and should be noted but relief DENIED.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion filed herein and relief requested be, and the same is, hereby DENIED.

SO ORDERED this the __1st_____ day of May, 2018.

                                                                 __s/Keith Starrett_____
                                                                  UNITED STATES DISTRICT JUDGE